**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ARMANDO A. DIAZ,

Plaintiff,

v. Case No. 6:14-cv-1479-Orl-37DAB

NATIONSTAR MORTGAGE, LLC.,

Defendant.

---

**ORDER**

This cause is before the Court on Nationstar's Motion to Dismiss Amended Complaint (Doc. 11), filed September 29, 2014.

On September 10, 2014, Plaintiff filed a Verified Complaint for Damages alleging that Defendant had violated the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and multiple state laws. (*See* Doc. 1.) On September 24, 2014, the Court dismissed the Complaint *sua sponte* as an impermissible shotgun pleading. (*See* Doc. 7.) The Court granted Plaintiff leave to file an amended complaint on or before October 10, 2014. (*See id.* at 2.) To date, Plaintiff has not done so.

On September 29, 2014, Defendant filed a Motion to Dismiss Amended Complaint. (*See* Doc. 11.) Although the motion refers in name to Plaintiff's "Amended Complaint," it does not cite to a docket entry for the pleading, as indeed, none exists. (*See id.*) The Court subsequently directed the pro se Plaintiff to respond (*see* Doc. 13), but he did not.

Plaintiff has not filed an operative pleading, and the time for doing so has passed. Accordingly, it is **HEREBY ORDERED AND ADJUDED** that:

1. Nationstar's Motion to Dismiss Amended Complaint (Doc. 11) is **DENIED**

**AS MOOT**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 31, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Pro se Party